**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **MELVIN B. MORRIS, JR.** | * | **CIVIL ACTION NO. 2:17 -CV-1443** |
| | * | |
| | * | |
| **VERSUS** | * | **UNASSIGNED DISTRICT JUDGE** |
| | * | |
| | * | |
| **UNITED STATES OF AMERICA** | * | **MAG. JUDGE KATHLEEN KAY** |
| | * | |
| | * | |

*************************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation, [Doc. No. 10], of the

Magistrate Judge previously filed herein, determining that the findings are correct under

applicable law, and noting the absence of objections to the Report and Recommendation in the

record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss, [Doc.

No. 3], filed by the government, is **DENIED**.

Monroe, Louisiana, this 5th day of April, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE